Anoush Hakimi (SBN 228858)
anoush@handslawgroup.com
Peter Shahriari (SBN 237074)
peter@handslawgroup.com
Laura Steven (SBN 332168)
laura@handslawgroup.com
**THE LAW OFFICE OF HAKIMI & SHAHRIARI**
1800 Vine Street,
Los Angeles, CA 90028

Telephone: (888) 635-2250
Facsimile: (213) 402 - 2170

Attorneys for Plaintiff,
**PHILLIP WALKER**

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual, <br><br> Plaintiff, <br><br> v. <br><br> FOREVER FLORENCE PLAZA, LLC, a California limited liability company; BUNDA EDDIE, LLC, a California limited liability company; HONG KONG BOWL, a business of unknown form; and DOES 1-10, <br><br> Defendants. | Case No.: 2:21-cv-01974-SB-E <br><br> **PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF PHILLIP WALKER** <br><br> [Fed. R. Civ. P. Rule 41(a)(2)] |

Plaintiff Phillip Walker requests that, pursuant to Federal Rules of Civil Procedure, Rule 41 (a)(1) and (2), this Court enter a dismissal with prejudice of Defendants Forever Florence Plaza LLC, Bunda Eddie, LLC, and Hong Kong Bowl, from Plaintiff's Complaint, Case Number 2:21-cv-01974-SB-E. The parties

herein reached settlement of the present action. Each party will be responsible for their own fees and costs.

Dated: October 25, 2021     **THE LAW OFFICE OF HAKIMI & SHAHRIARI**

By: /s/Peter Shahriari
　　Peter Shahriari, Esq.
　　Attorneys for Plaintiff, Phillip Walker

PLAINTIFF'S REQUEST FOR DISMISSAL WITH PREJUDICE OF PHILLIP WALKER