JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP WALKER, an individual,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FOREVER FLORENCE PLAZA, LLC, a California limited liability company; BUNDA EDDIE, LLC, a California limited liability company; HONG KONG BOWL, a business of unknown form; and DOES 1-10,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01974-SB-E<br><br>*Hon. Stanley Blumenfeld, Jr.*<br><br>**ORDER FOR DISMISSAL WITH PREJUDICE**<br><br>Action Filed: June 1, 2021<br>Trial Date:　 Not on Calendar |

Pursuant to Fed. R. Civ. P. 41, the Court, having considered the documents before it, and being fully advised finds as follows:

**IT IS ORDERED THAT:**

Plaintiff Phillip Walker's action against Defendants Forever Florence Plaza LLC, Bunda Eddie, LLC, and Hong Kong Bowl is dismissed with prejudice. Each party will be responsible for its own fees and costs.

Dated:  November 1, 2021

Hon. Stanley Blumenfeld, Jr.
United States District Judge